Jeffrey J. Williams, Esq. (SBN 156401)
**CHERNOW AND LIEB**
Attorneys at Law
21255 Califa Street
Woodland Hills, CA 91367
Tel. (818) 592-3841
Fax (818) 227-3112

Attorneys for Plaintiff
**Zenith Insurance Company**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENITH INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>vs.<br><br>STANLEY BLACK & DECKER, INC.,<br><br>          Defendants. | Case No. 2:19-CV-02068-KJM-EFB<br><br>STIPULATION CONTINUING PRETRIAL DATES AND DEADLINES; ORDER |

Plaintiff Zenith Insurance Company and defendant Stanley Black & Decker, Inc. respectfully submit the following stipulation:

On March 17, 2020, the Court issued a Bench Order (Doc. 12) establishing pretrial dates and deadlines. That same day, the Court issued its first of several orders regarding the emergency created by the COVID-19 pandemic and associated safety restrictions. As a result of the COVID-19 pandemic, the parties and their respective counsel agree that the pretrial dates and deadlines that have not yet already expired should be extended for at least 90 days. Pandemic-related restrictions on travel by counsel, witnesses and party representatives have made it nearly impossible for the parties to complete many of the deadlines in a timely manner. Counsel have been working together to conduct this litigation in an orderly and professional manner, recognizing that this is a complicated products liability case that will necessarily require the in-person depositions of some out-of-state witnesses, and counsel have agreed on a mediation on October 19, 2020.

No prior requests for extensions have been made by the parties.

/ / /

/ / /

/ / /

Based on the foregoing, the parties respectfully request that the following dates and deadlines be extended for at least approx. 120 days (changes noted below):

- Fact discovery shall be completed by ~~9/30/2020~~ **1/29/2021**
- Expert disclosures shall be completed by ~~10/15/2020~~ **2/26/2021**
- Rebuttal witnesses shall be exchanged by ~~11/2/2020~~ **3/15/2021**
- All expert discovery shall be completed by ~~12/1/2020~~ **4/30/2021**
- All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by ~~1/22/2021~~ **5/28/2021**
- Private mediation shall be completed by ~~8/31/2020~~ **10/30/2020**

Respectfully submitted,

Dated : September 22, 2020                                **CHERNOW AND LIEB**

By:___s/ Jeffrey J. Williams___
Jeffrey J. Williams, Esq.
Attorneys for Plaintiff
**Zenith Insurance Company**

Dated : September 22, 2020                                **LESTER & CANTRELL, LLP**

By:___s/ Kevin R. Crisp___
Kevin R. Crisp, Esq.
Attorneys for Defendant
**Stanley Black & Decker, Inc.**

-------------------------------------------------------------------------------------------------------------

### ORDER

**IT IS SO ORDERED.** The parties' stipulation is approved, and the dates set forth in the Court's 3/5/2020 Minute Order are modified as set forth above.

This order resolves ECF No. 14.

Dated: September 23, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

-3-