LESTER, CANTRELL & KRAUS, LLP
Kevin R. Crisp  [SBN97504]
1770 Iowa Avenue, Suite 110
Riverside, California 92507
Telephone: (951) 300-2690
Facsimile: (951) 300-2694
kcrisp@lc-lawyers.com

Attorneys for Defendant, STANLEY BLACK & DECKER, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENITH INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>STANLEY BLACK & DECKER, INC., and DOES 1 to 25, inclusive,<br><br>Defendants. | **CASE NO.:  2:19-cv-02068-KJM-JDP**<br><br>**STIPULATION CONTINUING PRETRIAL DATES AND DEADLINES; ORDER THEREON**<br><br>ASSIGNED FOR ALL PURPOSES TO: MAGISTRATE JUDGE JEREMY D. PETERSON<br><br>COURTROOM 9, 13TH FLOOR<br><br>Federal Action Filed: October 14, 2019<br><br>State Action Filed: August 23, 2019<br>San Joaquin County Superior Court<br>STK-CV-UP:-19-11017 |

Plaintiff Zenith Insurance Company and Defendant Stanley, Black & Decker, Inc. respectfully submit the following stipulation:

The court issued Bench Order (Doc. 12) on March 17, 2019, relating to pretrial dates and deadlines.  This order was followed by a number of orders regarding or

1.
STIPULATION RE: CONTINUATION OF PRE-TRIAL DATES AND DEADLINES

related to the "Covid-19" pandemic. Due to pandemic, the parties and their respective counsel agree that the current pretrial dates and deadlines should be extended for a period of a minimum of 120 days. Ongoing difficulties include the necessity of plaintiff's counsel's law offices being changed to remote work only, the five times closing, reopening and closing of defense counsel's office due to government advisories and multiple employee Covid infections and broader related quarantines, a corporate Covid-related travel ban which exists for the defendant, precluding travel by its remote in-house experts and consultants, and travel restrictions on outside consultants and eventual likely designated experts. Essential fire-related evidence is located in California and the defendant's consultants are located Maryland and Texas.

Counsel have been working together to conduct this litigation in an orderly and professional manner, and mediated the case on October 19, 2020. They continue to have contact with their mediator.

There was one prior request for an extension of these dates.

Based on the foregoing, the parties request that the following dates and deadline be extended for at least 120 days. Suggested continued dates are set forth below; present dates are in brackets:

-**Fact discovery shall be completed by 5/21/2021** [1/29/2021]

-**Expert disclosures shall be completed by 6/21/2021** [2/26/2021]

-**Rebuttal witnesses shall be exchanged by 7/19/2021** [3/15/2021]

-**All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by 9/20/21** [5/28/2021]

Respectfully submitted,

Dated: February 5, 2021         **CHERNOW AND LIEB**

                                BY:  */s/ Jeffrey J. Williams*
                                     Jeffrey J. Williams
                                     Attorneys for Plaintiff
                                     ZENITH INSURANCE COMPANY


Dated: February 16, 2021        **LESTER, CANTRELL & KRAUS, LLP**

                                BY:  */s/ Kevin R. Crisp*
                                     Kevin R. Crisp
                                     Attorneys for Defendants,
                                     STANLEY BLACK & DECKER, INC.

---

**IT IS SO ORDERED.** The parties' stipulation is approved, and the dates set forth in the Court's 9/23/2020 minute order are modified as set forth below:

-**Fact discovery shall be completed by 5/21/2021**

-**Expert disclosures shall be completed by 6/21/2021**

-**Rebuttal witnesses shall be exchanged by 7/19/2021**

-**All expert discovery shall be completed by 8/30/2021**

-**All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by 9/17/21**

DATED: February 16, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE