LESTER, CANTRELL & KRAUS, LLP
Kevin R. Crisp  [SBN97504]
1770 Iowa Avenue, Suite 110
Riverside, California 92507
Telephone: (951) 300-2690
Facsimile: (951) 300-2694
kcrisp@lc-lawyers.com

Attorneys for Defendant, STANLEY BLACK & DECKER, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENITH INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BLACK & DECKER (U.S.) INC., and DOES 1 to 25, inclusive,<br><br>　　　　　　Defendants. | **CASE NO.: 2:19-cv-02068-KJM-JDP**<br><br>**STIPULATION RE: PRETRIAL DATES AND DEADLINES ON AMENDED COMPLAINT; ORDER**<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>MAGISTRATE JUDGE JEREMY D. PETERSON<br><br>COURTROOM 9, 13TH FLOOR<br><br>Federal Action Filed: October 14, 2019<br><br>State Action Filed: August 23, 2019<br>San Joaquin County Superior Court<br>STK-CV-UP:-19-11017 |

　　　　Plaintiff Zenith Insurance Company and Defendant Black & Decker (U.S.) Inc. enter this stipulation in light of the following facts:

　　　　1. This is a fire subrogation case, involving claimed defects in rechargeable tool battery packs and/or their associated chargers.  The remaining post-fire physical evidence consists largely of pooled melted and charred plastic, embedded with assorted metal debris, much of which is not related to the products involved in this case.

2. The original named and appearing defendant, Stanley, Black & Decker, Inc. (SBD), has in place a year-long Covid-related travel ban for airline travel of its employees. SBD is headquartered in Connecticut. On May 11, 2021, counsel for Defendant SBD drove from Riverside, California to Fremont, California to personally inspect and photograph the fire debris. Photos were taken by counsel at the inspection on May 12, 2021, and circulated internally with Defendant.

3. Shortly following the inspection on May 12, 2021, counsel for SBD realized that the correct defendant with respect to potential responsibility for the products at issue was not SBD, but "Black & Decker (U.S.) Inc." Defense counsel promptly informed plaintiff's counsel of that and discussed potential ways to correct this situation and bring the proper defendant into the suit.

4. At the suggestion of the court, Plaintiff filed an amended complaint, dropping SBD as a defendant and naming instead Black & Decker (U.S.) Inc. (B&D) as its defendant. Defendant B&D then promptly filed an answer to the First Amended Complaint.

5. Much of the previous discovery in the case was not time wasted. B&D is represented by SBD's former counsel, and Zenith has provided extensive documentation concerning its damages. The parties therefor suggest the following abbreviated schedule for pre-trial dates and deadlines for the amended parties to the action:

- **-Fact discovery to be completed by September 27, 2021**
- **-Expert disclosures to be made by October 25, 2021**
- **-Rebuttal witnesses shall be exchanged by November 22, 2021**
- **-All dispositive motions, except for motions for, temporary restraining orders or other emergency applications, shall be heard by January 17, 2022.**

6. Additionally, in the interest of economy, the parties agree that the Stipulated Protective Order agreed to by Plaintiff and former defendant SBD, and approved by the court (Document No. 20), is deemed binding on Plaintiff and B&D.

Respectfully submitted,

Dated: June 10, 2021                    **CHERNOW AND LIEB**
                                        BY: __/s/ Jeffery J. Williams_____
                                        Jeffery J. Williams
                                        Attorneys for Plaintiff,
                                        ZENITH INSURANCE COMPANY


Dated: June 10, 2021                    **LESTER CANTRELL & KRAUS, LLP**

                                        BY: _/s/ Kevin R. Crisp_____
                                        Kevin R. Crisp
                                        Attorneys for Defendants,
                                        STANLEY BLACK & DECKER, INC.


## ORDER

The court approves the parties' stipulation. *See* ECF No. 26. The scheduling order is modified as follows:

Fact discovery to be completed by September 27, 2021

Expert disclosures to be made by October 25, 2021

Rebuttal witnesses shall be exchanged by November 22, 2021

All dispositive motions, except for motions for, temporary restraining orders or other emergency applications, shall be heard by January 27, 2022.

This order resolves ECF No. 26.

DATED:  July 19, 2021.

CHIEF UNITED STATES DISTRICT JUDGE