LESTER & CANTRELL, LLP
Kevin R. Crisp [SBN97504]
1770 Iowa Avenue, Suite 110
Riverside, California 92507
Telephone: (951) 300-2690
Facsimile: (951) 300-2694
kcrisp@lc-lawyers.com

Attorneys for Defendants, STANLEY BLACK & DECKER, INC.

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SAN JOAQUIN

| | |
|---|---|
| Zenith Insurance Company,<br><br>                    Plaintiff,<br><br>vs.<br><br>Stanley Black & Decker, Inc., and DOES 1 to 50, inclusive<br><br>                    Defendants. | **CASE NO.:** 2:19-cv-02068-KJM-JDP<br><br>**ORDER TO STIPULATION RE: PRETRIAL DATES AND DEADLINES ON AMENDED COMPLAINT**<br><br>Federal Action Filed: October 14, 2019<br><br>State Action Filed: August 23, 2019<br>San Joaquin County Superior Court<br>STK-CV-UP: 19-11017 |

///

///

///

///

///

1.
**ORDER TO STIPULATION RE: PRETRIAL DATES AND DEADLINES ON AMENDED COMPLAINT**

**IT IS SO ORDERED:** The parties' stipulation is approved, and the follow dates apply following the action:

following the appearance of the correct Defendant:

**-Fact discovery to be completed by January 20, 2022**

**-Expert disclosures to be made by February 24, 2022**

**-Rebuttal witnesses shall be exchanged by March 21, 2022**

**-All dispositive motions, except for motions for, temporary restraining orders or other emergency applications, shall be heard by May 6, 2022**

Dated: October 21, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE